| PROB 22<br>(Rev. 01/24)<br><br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>3:08CR00071 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>**26-cr-10008-JES** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Francisco Cardenas | DISTRICT<br>Nevada | DIVISION<br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Brian E. Sandoval | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>12/15/2025 | TO<br>12/14/2030 |

**OFFENSE**
21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of California  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    December 19, 2025
        *Date*

        *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____California_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    2/4/2026
    *Effective Date*

        *United States District Judge*